```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                      :

SUSY A. MATHEW,                               :

                                      Plaintiff,     :                1:24-cv-8727-GHW

                                      -v-                         :                   <u>ORDER</u>

NEW YORK CITY DEPARTMENT OF    :
EDUCATION, *et al.*,                               

                                 Defendants.   :

------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

       On March 29, 2025, the Court issued an order to show cause why Attorney Rodalton J. Poole should not be sanctioned for failure to comply with the Court's orders. Dkt. No. 20. Mr. Poole filed a declaration in response on April 4, 2025. Dkt. No. 23. The Court expects that going forward Mr. Poole will comply with the Court's orders and appear at all conferences that he has been ordered to attend. The Court will take no further action regarding the March 29, 2025 order. The Clerk of Court is directed to mail a copy of this order to Plaintiff by certified mail.

       SO ORDERED.

Dated: April 9, 2025
New York, New York

                                                          _____
                                                                  GREGORY H. WOODS
                                                              United States District Judge