

**THE CITY OF NEW YORK**
# LAW DEPARTMENT

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

**Cynthia A. Lee**
*Assistant Corporation Counsel*
Phone: (212) 356-4389
cylee@law.nyc.gov

**MEMORANDUM ENDORSED**

January 6, 2026

**<u>VIA ECF</u>**

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 01/06/2026

      Re:  Mathew v. NYC Department of Education, et al.
           No.: 24-cv-08727-GHW

Dear Judge Woods:

      I am the Assistant Corporation Counsel assigned to this case on behalf of the Defendants New York City Department of Education and Manuel Urena. I am writing to respectfully request that the Court so-order the attached protective order and stipulation agreed to by the parties regarding certain non-public and confidential material that will be exchanged pursuant to and during the course of discovery in this case

      Thank you for your consideration of this request.

               Respectfully submitted

               */s/ Cynthia A. Lee*

               Cynthia A. Lee
               Assistant Corporation Counsel

Attachment/ Enclosure

cc: Via ECF
     Suzy Mathew, Pro Se
     Suzanne Toes Keane, Esq., Pro Bono Counsel
     Ming-Toy Taylor, Esq., Pro Bono Counsel

Application denied without prejudice. The Court directs the parties to the Court's Individual Rules of Practice in Civil Cases for the Court's requirements for issuing a protective order. In particular, the Court orders the parties to review the requirements set forth in Individual Rule 4(D). The Clerk of Court is directed to terminate the motion pending at Dkt. No. 47.

SO ORDERED.
Dated: January 6, 2026
New York, New York

GREGORY H. WOODS
United States District Judge