

**THE CITY OF NEW YORK**
# LAW DEPARTMENT

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

**Cynthia A. Lee**
*Assistant Corporation Counsel*
Phone: (212) 356-4389
cylee@law.nyc.gov

## MEMORANDUM ENDORSED

January 13, 2026

**VIA ECF**

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:  Mathew v. NYC Department of Education, et al.
> No.: 24-cv-08727-GHW

Dear  Judge Woods:

      I am the Assistant Corporation Counsel assigned to this case on behalf of the Defendants New York City Department of Education and Manuel Urena. I am writing pursuant to Rule 4.D of the Court's Individual Rules of Practice in Civil Cases, jointly with Plaintiff, Susy Mathew, Pro Se,  to respectfully request that the Court so-order the attached revised protective order and stipulation agreed to by the parties regarding certain non-public and confidential material that will be exchanged pursuant to and during the course of discovery in this case.  In addition, we are respectfully requesting that the Court so-order the attached Stipulated Rule 502(d) Order.

      Thank you for your consideration of this request.

Respectfully submitted

*/s/ Cynthia A. Lee*

Cynthia A. Lee
Assistant Corporation Counsel

Attachments

cc:  Via ECF
    Suzy Mathew, Pro Se
    Suzanne Toes Keane, Esq., Pro Bono Counsel
    Ming-Toy Taylor, Esq., Pro Bono Counsel

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/14/2026

---

The Court will not act on the proposed protective order.  The parties are once again directed to review Rule 4(D) for the requirements that the parties must comply with before the Court signs any protective order.  In particular, the Rule identifies what the parties must include in their letter depending on whether the proposed order deviates from the Court's Model Protective Order.

SO ORDERED.
Dated:  January 14, 2026
New York, New York

GREGORY H. WOODS
United States District Judge