

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

## THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Cynthia A. Lee**
*Assistant Corporation Counsel*
Phone:  (212) 356-4389
cylee@law.nyc.gov

January 27, 2026

## MEMORANDUM ENDORSED

**VIA ECF**

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 01/28/2026

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:  Mathew v. NYC Department of Education, et al.
>      No.: 24-cv-08727-GHW

Dear Judge Woods:

I am the Assistant Corporation Counsel assigned to this case on behalf of the Defendants New York City Department of Education and Manuel Urena. I am writing pursuant to Rule 1.E of the Court's Individual Rules of Practice in Civil Cases, jointly with Plaintiff, Susy Mathew, pro se, to request an extension of the discovery deadlines. As set forth below, it is respectfully submitted that there is good cause to extend the deadlines in the Court's Memorandum Endorsed Order, dated October 7, 2025 (ECF No. 45, "Current Scheduling Order").

The parties have diligently worked to move discovery forward. To date, the parties have propounded interrogatories and requests for production on each other and served objections and responses to same. After the Court so-ordered the parties' Protective Order and Stipulation on January 16, 2026, Defendants served a production on Plaintiff. Plaintiff served her production over the course of three days, January 17 to 20, 2026, on Defendants. The parties are attempting to schedule a meet and confer for this week to discuss and hopefully resolve certain discovery disputes. After the parties' discovery disputes have been resolved, the parties have agreed to re-schedule Plaintiff's deposition, which was originally scheduled for January 19, 2026.

Because the requested extension affects other scheduled dates, attached hereto is a proposed Revised Civil Case Management Plan and Scheduling Order, which reflects the adjusted deadlines requested by the parties.

| Task | Previous Deadline | Proposed Deadline |
|---|---|---|
| Depositions | January 23, 2026 | March 31, 2026 |
| Completion of Fact Discovery | January 30, 2026 | May 5, 2026 |
| Expert Disclosures | February 13, 2026 | April 14, 2026 |
| Opposition to Expert Disclosures | March 30, 2026 | May 14, 2026 |
| Completion of Expert Discovery | April 29, 2026 | June 11, 2026 |
| Joint Status Letter | May 6, 2026 | June 18, 2026 |
| Status Conference | May 11, 2026 | June 24, 2026 |
| Motions for Summary Judgment | June 30, 2026 | August 5, 2026 |

Although the parties are actively working to complete discovery, they need additional time to complete same. This joint request is not sought to delay the resolution of this action but to permit the parties to exchange and complete necessary discovery, which will aid in the ultimate resolution of this matter. The parties thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Cynthia A. Lee

Cynthia A. Lee
Assistant Corporation Counsel
Attorney for Defendants

cc:  Via ECF
Susy Mathew, Pro Se
Susanne Toes Keane, Esq., Pro Bono Counsel for Plaintiff
Ming-Toy Taylor, Esq., Pro Bono Counsel for Plaintiff

Application granted.  The deadline for the completion of all fact discovery is extended to May 5, 2026.  The deadline for completion of depositions is extended to March 31, 2026.  The deadline for the completion of all expert discovery is extended to June 11, 2026.  Every party-proponent of a claim (including any counterclaim, cross-claim, or third-party claim) that intends to offer expert testimony in respect of such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by April 14, 2026.  Every party-opponent of such claim that intends to offer expert testimony in opposition to such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by May 14, 2026.  The deadline for submission of motions for summary judgment, if any, is extended to August 5, 2026.  This is the second such extension requested by the parties.  *See* Dkt. No. 45. The parties should not expect any further extensions of discovery deadlines.  Except as expressly modified by this order, the case management plan entered by the Court on March 29, 2025, Dkt. No. 21, remains in full force and effect.  The status conference scheduled for May 11, 2026 is adjourned to June 24, 2026 at 4:00 p.m, and the parties must submit their joint status letter no later than June 18, 2026.  The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 49, 54 and to mail a copy of this order to Plaintiff by regular mail.

SO ORDERED.
Dated:  January 28, 2026
New York, New York

GREGORY H. WOODS
United States District Judge