UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2026

------------------------------------------------------------------ X
                                                          :
SUSY A. MATHEW,                                           :
                                                          :
                                    Plaintiff,            :          1:24-cv-8727-GHW
                                                          :
                    -v-                                   :          ORDER
                                                          :
NEW YORK CITY DEPARTMENT OF                               :
EDUCATION, *et al.*,                                      :
                                                          :
                                    Defendants.           :
                                                          :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

The conference currently scheduled to take place at 2:00 p.m. on April 16, 2026, will instead take place at 12:00 p.m. on April 16, 2026. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

The Clerk of Court is directed to mail a copy of this order to Plaintiff by certified mail.

SO ORDERED.

Dated: April 15, 2026
       New York, New York

_____
GREGORY H. WOODS
United States District Judge