USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                              :

SUSY A. MATHEW,                      :

                              :

                        Plaintiff,   :           1:24-cv-8727-GHW

                              :

            -v-              :           ORDER

                              :

NEW YORK CITY DEPARTMENT OF     :
EDUCATION, *et al.*,              :

                              :

                   Defendants.  :

                              :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On April 19, 2026, Plaintiff filed a motion to compel Defendants to provide responses to Plaintiff's interrogatories and requests for production. Dkt. No. 64. The Court will hold a telephonic conference on this request at 3:00 p.m. on April 24, 2026. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: April 21, 2026
New York, New York

                                  _____
                                    GREGORY H. WOODS
                                United States District Judge