UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/2026

----------------------------------------------------------------- X
                              :

SUSY A. MATHEW,                    :

                              :

                      Plaintiff,    :             1:24-cv-8727-GHW

                              :

            -v-                :             ORDER

                              :

NEW YORK CITY DEPARTMENT OF    :
EDUCATION, *et al.*,             :

                              :

                    Defendants.  :

                              :

----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

As stated on the record during the conference held on April 24, 2026, Defendant is directed to file copies of the discovery requests that related to Plaintiff's motion to compel, Dkt. No. 64, no later than April 28, 2026.  Any brief in response to Plaintiff's brief must be filed by the same date.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:  April 27, 2026
New York, New York

_____
             GREGORY H. WOODS
          United States District Judge