USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/1/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                            :

SUSY A. MATHEW,                         :

                          :

              Plaintiff,     :            1:24-cv-8727-GHW

                          :

            -v-                :                ORDER

                          :

NEW YORK CITY DEPARTMENT OF   :
EDUCATION, *et al.*,               :

                          :

              Defendants.   :

                          :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On May 1, 2026, the Court held a telephonic conference on Plaintiff's motion to compel. *See* Dkt. No. 64. For the reasons stated on the record, that request is GRANTED IN PART and DENIED IN PART. As specified on the record, the Court orders Defendants to provide complete responses to the requests for production of documents numbered 3, 16, 24, 4, 9, 8, 12, 22, 27, 17, 18, and 20. As stated on the record, the Court orders the parties to meet and confer no later than Friday, May 8, 2026 on the issue of whether Defendants must produce a privilege log of all documents over which they have withheld pursuant to attorney-client privilege or the work product doctrine. Defendants' deadline to provide complete responses to the above-identified requests for production is May 15, 2026.

As stated on the record, the Court sustains Defendants' objections to requests for production of documents numbered 14 and 21.

As stated on the record, the Court will not act on Plaintiff's motion to compel responses to interrogatories at this time. Plaintiff is ordered to review Local Civil Rule 33.3 and determine whether she maintains any objections to Defendants' responses to her interrogatories. The Court orders that the parties meet and confer on Plaintiff's motion to compel interrogatories no later than May 8, 2026. If, following that process, Plaintiff continues to object to Defendants' responses,

Plaintiff must file a letter informing the Court no later than May 8, 2026.

As it relates to the topic raised regarding testimony by Defendant Manuel Urena during his deposition, the Court orders the parties to discuss that issue in their meet and confer.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and to terminate the motion pending at Dkt. No. 64.

SO ORDERED.

Dated: May 1, 2026

_____
GREGORY H. WOODS
United States District Judge

2