USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                :

SUSY A. MATHEW,                              :

                                        :

                          Plaintiff,      :               1:24-cv-8727-GHW

                                        :

                 -v-                    :               <u>ORDER</u>

                                        :

NEW YORK CITY DEPARTMENT OF    :
EDUCATION, *et al.*,

                                        :

                      Defendants.   :

                                        :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On May 13, 2026, Plaintiff filed a letter on the docket describing a discovery dispute and requesting relief from the Court. Dkt. No. 72. The Court will not act on Ms. Mathew's request for relief at this time. The Court orders Plaintiff to review the Court's Individual Rules of Practice in Civil Cases. The Court specifically directs Plaintiff to review Rule 2(E)(ii), which requires that any request for a conference concerning a discovery dispute must be jointly submitted following a meet-and-confer between the parties.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: May 14, 2026
New York, New York

                                         _____
                                            GREGORY H. WOODS
                                          United States District Judge