UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/2026

-------------------------------------------------------------------- X
                                :

SUSY A. MATHEW,                         :
                                :

                 Plaintiff,      :            1:24-cv-8727-GHW
                                :

          -v-                  :              <u>ORDER</u>
                                :

NEW YORK CITY DEPARTMENT OF     :
EDUCATION, *et al.*,                :
                                :

             Defendants.   :
                                :

-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On May 27, 2026, Plaintiff filed a letter on the docket updating the Court on the status of Defendants' compliance with the Court's discovery order dated May 1, 2026. Dkt. No. 76. Plaintiff asserted that Defendants had not provided responses to Plaintiff's request for production as specified in that order. *Id.* The Court orders Defendants to respond to the assertions in Plaintiff's letter no later than June 2, 2026 at 4:00 p.m. E.T.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: May 29, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge